STATE OF NEW JERSEY v. GARY MARTIN.

May 19, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. RANDY ALLEN BLOCK.

May 19, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JEANNINE FARRO.

May 19, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. NEIL MORRISON.

May 19, 1987.

Petition for certification denied. (See 215 *N.J.Super.* 540)

STATE OF NEW JERSEY v. ELLEN DENISE FLAGGS.

May 19, 1987.

Petition for certification denied.